**Exhibit A to the Complaint**

**Location:** New City, NY  **IP Address:** 74.108.40.172
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E218C67A369BDB33679CB9D07423AEA3A791A6BA File Hash: 58014A8C7C741B7C2D71FB2D76A069ED5DD84D60BE69E6C0FB1B7DFE7DD4B455 | 07/22/2020 20:22:28 | Tushy | 12/17/2019 | 01/22/2020 | PA0002234859 |
| 2 | Info Hash: 7C9E406FAB73FAC20B6EAC7AE1FE5084E32999D0 File Hash: 0388173B9A6A5334727357D81BCFE3D1C4DE85EBE1BF01E463182DA5BB5141EF | 07/22/2020 20:21:23 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 3 | Info Hash: 71004D66ED1A8849DC7A6C5EA34C3945EBBA0FF8 File Hash: 57A934B09E984A1CAF074526E245BB78E7A233EDC4A1C4B3D692EFD1783BCA04 | 07/22/2020 18:44:16 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 4 | Info Hash: F6EF54B7F37C11FCB5B0A0583502F52CB68A6749 File Hash: 073F2CE106D70F7D353C4BB07A3F079F25319AEF5A8C0740CF6AC6E6255F329C | 07/21/2020 07:31:43 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 5 | Info Hash: 857B8C6F2AF004FCD484BAA8B1FFA31A2D25251D File Hash: 09D7D1B995F174ED3218D78E03D8B1FA9D13BB1D9658504640E2AFA60FFB8592 | 07/21/2020 04:38:44 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 6 | Info Hash: 9ABAE62EFB9EDB547FFE0A79B13F8BA4BDA25B8C File Hash: B57FBDC2B6B8D1E718BDD10CEDE066D6D01B204780BFE4AD381E68FFC4764CCF | 07/21/2020 04:38:35 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 7 | Info Hash: 1F1523CE21888D1021051942687079E80D7FEAF9 File Hash: 3BFE3E7ADD2B56B7B35F7DEBC325845D867DE725DEF6C4FC1CA7C3C918212DEF | 07/20/2020 16:47:16 | Tushy | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 8 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 07/20/2020 01:48:43 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 4A07E30142B8E5F0683590678F6B3E1B7F9FD7B1<br>File Hash: DAEB04B37FDAB29D0A6E41E4F07B279B1BB9F9E047A5CA86A1CE68CDCF309446 | 07/19/2020 00:47:57 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 10 | Info Hash: F5671C5EB64DB460D6A111E4E72E1C94653BDC7E<br>File Hash: 98B954F70CB825DA3CF1BDE5D1B35E3B40DD10D12A7FBB96A2EDEDCDB2AEC556 | 07/19/2020 00:47:21 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 11 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07/08/2020 16:41:58 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 12 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 07/01/2020 22:59:10 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 13 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06/18/2020 19:39:26 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 14 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 06/10/2020 19:36:39 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 15 | Info Hash: CA5CDC908938D43DBDC0822505449EE352C2A5E3<br>File Hash: C1989360CB00041C7DF61700B88E84563F906D9EA71DB8B980D38D39D17ECE05 | 05/17/2020 16:19:02 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 16 | Info Hash: 82A4D171D0B37E07A78A9F58DE6C2F83925CF254<br>File Hash: E5AA464BD5BDFFBB4A706EC528D7C75016C697F607179C0C6D19B688D9A81507 | 05/12/2020 17:32:35 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 17 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B<br>File Hash: 029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 05/11/2020 23:52:00 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 062215626C7F3ABD8EAF39A7230075DD43CF13A7<br>File Hash: 7C0286924589063E7ED5B4F32A997B453151535C4F676F0D1E25A63F9E5C14FC | 05/11/2020 23:43:00 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 19 | Info Hash: 501F5C2CAD7233BF6E4725AB85BD0E3C6AB03204<br>File Hash: 394742F758F3BC00F2F0BC9AFC4B7F3632CF934FFF18975B49FBF6E42BBC474E | 04/29/2020 23:09:59 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 20 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 04/29/2020 22:03:19 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 21 | Info Hash: F962AFE09692E8CA6A36FDFDBBC576A1242ADBBF<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04/21/2020 20:30:35 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 22 | Info Hash: CB2E572C4A385429BBB87B6D190BDB8ECAB0F204<br>File Hash: 132BBB148F47F835BE2D82A74AA0DFDDB9312DB6E48435670CB08484C3EC0F79 | 04/18/2020 18:59:07 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 23 | Info Hash: 1145E29454FDFC1AA8B07DF65313A8D70365E7CF<br>File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 04/18/2020 18:51:01 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 24 | Info Hash: 1A094B2296F3B311A8217B80352CBCC3A035C577<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04/14/2020 23:19:17 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |